IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA     Plaintiff

v.     Criminal No. 1:11-cr-080-LG-RHW-001

SHIRLEY BULLOCK     Defendant

and

NURSING MANAGEMENT, INC.     Garnishee
925 Tommy Munro Dr., Ste. E
Biloxi, MS  39532

## ORDER

A Writ of Garnishment [26] pursuant to 28 U.S.C. § 3205, directed to NURSING MANAGEMENT, INC. as the "Garnishee," has been duly issued and served upon the Garnishee as to Defendant Debtor Shirley Bullock.

Pursuant to the Writ of Garnishment, NURSING MANAGEMENT, INC. filed an Answer [30] on August 13, 2024, as the Garnishee. However, in its Answer, the Garnishee did not provide all the required information, pursuant to 28 U.S.C. § 3205(c)(4). The Garnishee then filed an Amended Answer [31] on August 20, 2024, as the Garnishee. However, in its Amended Answer, the Garnishee stated that it held earnings of the Defendant in paragraph C while simultaneously claiming to have no property of the Defendant in paragraph G. The Garnishee then filed a Second Amended Answer [32] on August 23, 2024, as the Garnishee, stating that at the time of the service of the Writ it had in its possession, custody or control, personal property to which the Defendant held an interest, and Garnishee was indebted to Defendant, in her sole capacity, as follows:

Gross recurring weekly earnings of approximately $441, with approximately $441 of disposable earnings.

On August 7, 2024, Defendant Debtor was served with a copy of the Clerk's Notice and the Writ of Garnishment, advising that she may file an objection to the writ and the answer of the Garnishee, claim applicable exemptions, if any, and request a hearing within 20 days of service. *See* Cert. of Service [29].  Defendant was served with the Answer evidenced by the Certificate of Service filed by the Garnishee with its Second Amended Answer [32] on August 21, 2024. Neither party has filed an objection and requested a hearing as to the writ or the answer filed by Garnishee NURSING MANAGEMENT, INC. within twenty (20) days of the filing of the same, pursuant to 28 U.S.C. §§ 3202(d) and 3205(c)(5).  It has been shown that the amount of criminal debt owed by the Defendant is presently **$30,884.27.**

IT IS THEREFORE ORDERED that Garnishee NURSING MANAGEMENT, INC.  pay to Plaintiff, from Defendant's recurring "earnings," her "non-exempt disposable earnings," which is **25%** of Defendant's "disposable earnings" as defined by statute (*see* 28 U.S.C. § 3002), until the judgment owed to Plaintiff is paid in full, or until Garnishee no longer has possession, custody, or control of earnings belonging to Defendant, or until further order of this Court. Amounts withheld between the receipt of the Writ and this Order should be included with the first payment.

IT IS FURTHER ORDERED that the Clerk of Court will reduce the amount of the judgment debt owed to the United States by the amount received, and that an annual accounting of this garnishment shall be filed by the Government with the Court and provided to the judgment debtor and the Garnishee pursuant to 28 U.S.C. § 3205(c)(9)(A) so long as this garnishment order is in effect.

Payments shall be made payable to **Clerk of Court** and mailed to **United States District Clerk of Court, 2012 15th Street, Suite 403, Gulfport, MS  39501.**  The payment shall include

on the face of the payment instrument the name of the Defendant, Shirley Bullock, and the case number 1:11-cr-080-LG-RHW-001 for proper identification.

**SO ORDERED AND ADJUDGED** this the 13th day of September, 2024.

s/ *Louis Guirola, Jr.*
Louis Guirola, Jr.
United States District Judge

3